# United States District Court

## NORTHERN DISTRICT OF GEORGIA

TPI HOLDINGS, INC.,

    Plaintiff,

v.

HIEU NGUYEN,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1 05 CV 0862**

TO:  HIEU NGUYEN
~~4135 W. SOLAR DRIVE~~
~~PHOENIX, AZ 85051-8185~~

SERVE AT:  HIEU NGUYEN
6822 N. 35th Ave # A
Phoenix, AZ 85021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judith A. Powell
Olivia Maria Baratta
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                              3-31-05
CLERK                                         DATE

*/s/ RK Pinckney*
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE 6/9/05 at 8:33AM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Angie Rancu | TITLE Process Server |

Check one box below to indicate appropriate method service

[X] Served personally upon the defendant. Place where served: 6822 N. 35th Ave # A Phoenix, AZ 85021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/9/05
Date

Signature of Server

Address of Server

M&Q ATTORNEY SERVICE
2110 POWERS FERRY RD
SUITE 305
ATLANTA, GA 30339
1-800-446-8794

PAPERS SERVED: SUMMONS, COMPLAINT, VI. NATURE OF SUIT, INSTRUCTIONS REGARDING PRETRIAL PROCEEDINGS, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND CIVIL COVER SHEET.

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATLLIB01 1726952.1